ADAM WANG (STATE BAR NUMBER 201233)
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 286-6619

Attorneys for Plaintiffs
Leonardo Espinoza and Sergio Roque

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| LEONARDO ESPINOZA, and SERGIO ROQUE, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>C & C SECURITY PATROL, INC., FRANK RUSSOW, HERMENEGILDO COUGH, and DOES 1-10<br><br>Defendants | Case No.:<br><br>C08 01522 HRL<br><br>JURY DEMAND |

Plaintiffs demand a trial by jury for causes of action alleged in their Complaint.

Dated: March 19, 2008        By: /s/ ADAM WANG
                                  Attorney for Plaintiffs

1                                                          Case No.

JURY DEMAND
Espinoza, et al v. C & C Security Patrol, Inc., et al.