ADAM WANG (STATE BAR NUMBER 201233)
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel:  (408) 421-3403
Fax:  (408) 416-0248

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| LEONARDO ESPINOZA, and SERGIO ROQUE, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>C & C SECURITY PATROL, INC., FRANK RUSSOW, HERMENEGILDO COUGH, and DOES 1-10<br><br>Defendants | Case No. C08-01522 HRL<br><br>VOLUNTARY DISMISS WITHOUT PREJUDICE WITH RESPECT TO FRANK RUSSO |
|---|---|

Pursuant to Fed. R. Civ. Pro. 41, Plaintiffs  LEONARDO ESPINOZA and SERGIO ROQUE hereby dismiss all claims alleged in this case without prejudice against Frank Russo without prejudice.

Dated: April 24, 2008                                             By: /s/ ADAM WANG
                                                                                  Attorney for Plaintiffs

1                            **Case No.**     C08-01522 HRL

**STIPULATION TO DISMISS WITHOUT PREJUDICE**
**Espinoza v. C & C Security Patrol Inc., et al.**