## CONSENT

I, the undersigned, hereby consent to be a plaintiff in an action under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*, to recover any unpaid minimum wages, overtime, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with C and C Security Patrol and any other associated parties.

I authorize Adam Wang, Esq. and associated attorneys as well as any successors or assigns, to represent me in such action.

Dated:  March 11, 2008           By: *Sergio Roque*
                                 Sergio Roque