**United States District Court**
For the Northern District of California

***E-FILED 7/1/2008***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEONARDO ESPINOZA and SERGIO ROQUE, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> C&C SECURITY PATROL, INC., FRANK RUSSO, HERMENEGILO COUGH and DOES 1-10, <br><br> Defendants. | No. C08-01522 HRL <br><br> **CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE THAT the initial case management conference set for July 8, 2008 has been **continued to July 22, 2008, 1:30 p.m.** The parties' joint case management statement shall be filed no later than **July 15, 2008**. **Also no later than July 15, 2008**, all parties who have not yet done so shall file either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Copies of the forms are available from the Clerk of the Court or from the court's website at www.cand.uscourts.gov.

Dated: July 1, 2008

/s/
Chambers of Magistrate Judge Howard R. Lloyd

1  **5:08-cv-1522 Notice has been electronically mailed to:**

2  Adam Wang waqw@sbcglobal.net

3  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.