Mark A. Hagopian, Esq., SBN 124819
Sejal Ojha, Esq., SBN 226778
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
One California Street, Suite 1100
San Francisco, CA 94111
Telephone:   (415) 217-6990
Facsimile:    (415) 217-6999

Attorneys for Defendant
C & C SECURITY PATROL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO ESPINOZA and SERGIO ROQUE, individually and on behalf of others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>C & C SECURITY PATROL, INC., FRANK RUSSOW, HERMENEGILDO COUGH, and DOES 1-10,<br><br>Defendants. | Case No.: C08 01522 HRL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 10, 2008

                                      **MANNING & MARDER**
                                      **KASS, ELLROD, RAMIREZ LLP**


                                      By: /s/ Mark A. Hagopian
                                            MARK A. HAGOPIAN
                                            Attorneys for Defendant

                                      C & C SECURITY PATROL, INC.