1   Mark A. Hagopian, Esq., SBN 124819
    Sejal Ojha, Esq., SBN 226778
2   AnneMarie McDowell, Esq. SBN 229349
    **MANNING & MARDER**
3   **KASS, ELLROD, RAMIREZ LLP**
    One California Street, Suite 1100
4   San Francisco, CA 94111
    Telephone:    (415) 217-6990
5   Facsimile:    (415) 217-6999

6   Attorneys for Defendant
    HERMENGILDO COUOH (sued as "HERMENEGILDO COUGH")

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  LEONARDO ESPINOZA and SERGIO          )   Case No.: C08 01522 HRL
    ROQUE, individually and on behalf of others )
12  similarly situated,                    )   **DECLINATION TO PROCEED**
                                           )   **BEFORE A MAGISTRATE JUDGE**
13                  Plaintiffs             )   **AND**
                                           )   **REQUEST FOR REASSIGNMENT**
14          vs.                            )   **TO A UNITED STATES DISTRICT**
                                           )   **JUDGE**
15  C & C SECURITY PATROL, INC., FRANK     )
    RUSSOW, HERMENEGILDO COUGH, and        )
16  DOES 1-10,                             )
                                           )
17                  Defendants.            )
                                           )
18  _____   )

19        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

20        The undersigned party hereby declines to consent to the assignment of this case to a United

21  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

22  a United States District Judge.

23  Dated: July 10, 2008                   **MANNING & MARDER**
                                           **KASS, ELLROD, RAMIREZ LLP**
24

25
                                           By: /s/ Mark A. Hagopian
26                                             MARK A. HAGOPIAN
                                               Attorneys for Defendant
27
                                               HERMENGILDO COUOH (sued as
28                                             "HERMENEGILDO COUGH")

                                         -1-