Mark A. Hagopian, Esq., SBN 124819
Sejal Ojha, Esq., SBN 226778
AnneMarie McDowell, Esq., SBN 229349
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
One California Street, Suite 1100
San Francisco, CA 94111
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendants
C & C SECURITY PATROL, INC., and
HERMENGILDO COUOH (sued as "HERMENEGILDO COUGH")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO ESPINOZA and SERGIO ROQUE, individually and on behalf of others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>C & C SECURITY PATROL, INC., FRANK RUSSOW, HERMENEGILDO COUGH, and DOES 1-10,<br><br>Defendants. | Case No.: C08 01522 HRL<br><br>**STIPULATION TO EXTEND THE TIME WITHIN WHICH TO RESPOND TO THE COMPLAINT; [PROPOSED] ORDER PURSUANT TO STIPULATION** |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that defendants C & C SECURITY PATROL, INC., and HERMENGILDO COUOH (sued as "HERMENEGILDO COUGH") shall have up to and including September 8, 2008 to answer or otherwise respond to plaintiffs' Complaint.

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

-1-

STIPULATION TO EXTEND THE TIME WITHIN WHICH TO RESPOND TO THE COMPLAINT

1     **IT IS FURTHER STIPULATED** that the Initial Case Management Conference currently set for July 22, 2008 be continued to after September 8, 2008.

Dated: July 10, 2008

**LAW OFFICES OF ADAM WANG**

By: _____
ADAM WANG
Attorney for Plaintiffs

LEONARDO ESPINOZA and SERGIO ROQUE, individually and on behalf of others similarly situated

Dated: July 10, 2008

**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ** LLP

By: _____
MARK A. HAGOPIAN
Attorneys for Defendants

C & C SECURITY PATROL, INC. and HERMENGILDO COUOH (sued as "HERMENEGILDO COUGH")

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____    By: _____
                                        UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND THE TIME WITHIN WHICH TO RESPOND TO THE COMPLAINT