UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Leonardo Espinoza and Sergio Roque, individually and on behalf of others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>C & C Security Patrol, Inc., et. al.,<br><br>      Defendants.<br>_____/ | No. C08-01522<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for July 22, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: July 14, 2008

RICHARD W. WIEKING,
United States District Court

    */s/ Patty Cromwell*
By: Patty Cromwell
Courtroom Deputy Clerk to
Magistrate Judge Howard R. Lloyd

1
2  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:
3
4  Sejal Ojha    sxo@mmker.com
5  Adam Wang    waqw@sbcglobal.net