1  Mark A. Hagopian, Esq., SBN 124819
   mhagopian@mmker.com
2  Sejal Ojha, Esq., SBN 226778
   sxo@mmker.com
3  **MANNING & MARDER
   KASS, ELLROD, RAMIREZ** LLP
4  One California Street, Suite 1100
   San Francisco, CA 94111
5  Telephone:     (415) 217-6990
   Facsimile:     (415) 217-6999
6
   Attorneys for Defendants
7  C & C SECURITY PATROL, INC., FRANK RUSSOW,
   HERMENEGILDO COUGH (sued as "HERMENEGILDO COUGH"),
8  MARCEL LOPEZ (sued as "MARCEL LOEPZ"), and GILBERT MARTINEZ

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| LEONARDO ESPINOZA and SERGIO ROQUE, individually and on behalf of others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>C & C SECURITY PATROL, INC., FRANK RUSSOW, HERMENEGILDO COUGH, MARCEL LOPEZ; GILBERT MARTINEZ and DOES 1-10,<br><br>Defendants. | Case No.: C08 01522 JW<br><br>DEFENDANT C&C SECURITY PATROL, INC.'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE ANSWER; DECLARATION OF FRANK RUSSOW IN SUPPORT THEREOF; PROPOSED ORDER<br><br>Courtroom:  8<br>Before:     Hon. James Ware<br><br>Complaint Filed: March 19, 2008 |

**NOTICE OF MOTION**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

   PLEASE TAKE NOTICE that Defendant C&C SECURITY PATROL, INC. hereby moves for an Order Granting Leave to file Answer.

-1-

DEFENDANT C&C SECURITY PATROL, INC.'S MOTION FOR CONTINUANCE

| | | |
|---|---|---|
| 1 | Dated: September 8, 2008 | Respectfully submitted, |
| 2 | | **MANNING & MARDER** |
| | | **KASS, ELLROD, RAMIREZ** LLP |
| 3 | | |
| 4 | | By: _/s/ John for_ |
| 5 | | MARK A. HAGOPIAN |
| | | Attorneys for Defendants |
| 6 | | C & C SECURITY PATROL, INC., |
| | | FRANK RUSSOW, HERMENEGILDO |
| 7 | | COUGH (sued as "HERMENEGILDO |
| | | COUGH"), MARCEL LOPEZ (sued as |
| 8 | | "MARCEL LOEPZ"), and GILBERT |
| | | MARTINEZ |

-2-

DEFENDANT C&C SECURITY PATROL, INC.'S MOTION FOR CONTINUANCE

## STATEMENT OF MOTION

C&C Security Patrol, Inc. hereby moves this Court for an order granting leave to file Answer in the above-captioned action pursuant to California Revenue and Tax Code § 23305a and *2.61 Acres of Land, supra,* 791 F.2d at 668; *Reed v. Norman* (1957) 48 Cal.2d 338, 343. on the grounds that additional time is needed in order for C&C Security Patrol, Inc. to remedy its suspended corporate status. This motion is based on the memorandum of points and authorities, supporting declaration, as well as such oral or documentary evidence presented at the hearing on this matter.

## MEMORANDUM OF POINTS AND AUTHORITIES

### A.  Authority Allowing Motion to Continue/Stay Proceedings

The capacity of a corporation to sue or be sued is determined by the law under which it was organized. F.R.Civ.P. 17(b); see also *2.61 Acres of Land, supra,* 791 F.2d at 668. Thus, California statutory law and interpretive decisions govern whether a California corporate defendant is able to defend itself. At present, the corporate status of defendant C&C Security Patrol, Inc. (hereinafter "C&C Security") is suspended for tax arrears. This means that it is unable to bring suit or defend itself in a legal action. California Revenue and Tax Code § 23301; *2.61 Acres of Land, supra,* 791 F.2d at 668; *Reed, supra,* 48 Cal.2d at 343.

However, a defendant prevented by suspension of its corporate powers from litigating an action is not without remedy. Once the corporation's status is reinstated, it may defend an action filed against it. California Revenue and Tax Code § 23305a; *Traub Co. v. Coffee Break Service, Inc.* (1967) 66 Cal. 2d 368, 371. A suspended corporation may appear for the limited purpose of moving for a continuance in order to enable the corporation to revive itself. *2.61 Acres of Land, supra,* 791 F.2d at 668; *Schwartz v. Magyar House, Inc.* (1959) 168 Cal.App.2d 182, 188; *Reed, supra,* 48 Cal.2d at 344; *A.E. Cook Company v. K S Racing Enterprises* (1969) 274 Cal.App.2d 499, 500.

Accordingly, there is sound legal basis permitting C&C Security to appear before this Court for the limited purpose of seeking a continuance in order to allow it time to remedy its suspended status.

/ / / / /

**B.    Factors Favoring Granting This Motion to Continue/Stay Proceedings**

A trial court is endowed with broad discretion in considering whether to allow a continuance. *United States Crt Appeals v. Flynt* (9th Circ., 1984) 756 F.2d 1352, 1358; *2.61 Acres of Land, supra*, 791 F.2d at 670. In considering the motion, a court "may inquire into the merits of the defense, ... possible prejudice to either of the parties which could result from granting or denying the motion, and determine whether there is good cause therefor." *Schwartz, supra*, 168 Cal.App.2d at 189; see also *2.61 Acres of Land, supra*, 791 F.2d at 670.

Here, C&C Security is actively seeking to revive its corporate status. These efforts include contacting the California Secretary of State as well the Franchise Tax Board regarding unresolved issues. (See Decl. of Frank Russow submitted herewith). Should a continuance be allowed, Plaintiffs will suffer no prejudice. Indeed, the additional time will allow Plaintiffs to investigate other possible claimants who may wish to join its purported class. There should be no inconvenience to Plaintiffs or this Court as this litigation is still in its early phases and will not distract the players or stall forward progression of the matter.

However, if the motion is denied, C&C Security will suffer unsurmountable prejudice as it will be hamstrung from preventing Plaintiffs from taking its default. *Weinstock v. Sinatra* (1974) 379 F.Supp. 274, 277 ["Absent such revival of its corporate powers...(the corporation) must suffer the consequences of its own act – upon application of the plaintiff, the entry of a default judgment against it."] Should this occur, Plaintiffs would emerge the victor without the issues having been tried on their merits thus violating the long held maxim - the law abhors a forfeiture. *Traub, supra*, 66 Cal.2d at 370; *Cadle Company, supra,* 144 Cal.App.4th at 512. Accordingly, there is good cause for granting a continuance.

**CONCLUSION**

Based upon the law and argument contained herein, there is sound authority both allowing a suspended corporation to participate in litigation against it for the limited purpose of allowing additional time to file answer. Accordingly, Defendant C&C Security Patrol, Inc. respectfully requests an order granting its motion for leave to file answer.

-4-

DEFENDANT C&C SECURITY PATROL, INC.'S MOTION FOR CONTINUANCE

| | | |
|---|---|---|
| 1 | Dated: September 8, 2008 | Respectfully submitted, |
| 2 | | **MANNING & MARDER KASS, ELLROD, RAMIREZ** LLP |
| 3 | | |
| 4 | | By: _____ |
| 5 | | MARK A. HAGOPIAN<br>Attorneys for Defendants |
| 6 | | C & C SECURITY PATROL, INC., FRANK RUSSOW, HERMENEGILDO |
| 7 | | COUGH (sued as "HERMENEGILDO COUGH"), MARCEL LOPEZ (sued as |
| 8 | | "MARCEL LOEPZ"), and GILBERT MARTINEZ |

E:\docsdata\mzh\Espinoza v. CCSPI\Pleadings\MtnContinue\MtnContinuance_1.wpd

-5-

DEFENDANT C&C SECURITY PATROL, INC.'S MOTION FOR CONTINUANCE

1  Mark A. Hagopian, Esq., SBN 124819
   mhagopian@mmker.com
2  Sejal Ojha, Esq., SBN 226778
   sxo@mmker.com
3  **MANNING & MARDER**
   **KASS, ELLROD, RAMIREZ LLP**
4  One California Street, Suite 1100
   San Francisco, CA 94111
5  Telephone:    (415) 217-6990
   Facsimile:    (415) 217-6999
6
   Attorneys for Defendants
7  C & C SECURITY PATROL, INC., FRANK RUSSOW,
   HERMENEGILDO COUGH (sued as "HERMENEGILDO COUGH"),
8  MARCEL LOPEZ (sued as "MARCEL LOEPZ"), and GILBERT MARTINEZ

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | LEONARDO ESPINOZA and SERGIO ROQUE, individually and on behalf of others similarly situated, | Case No.: C08 01522 JW |
|---|---|
| Plaintiffs | DECLARATION OF FRANK RUSSOW IN SUPPORT OF DEFENDANT C&C SECURITY PATROL, INC.'S MOTION FOR ORDER FOR LEAVE TO FILE ANSWER |
| v. | |
| C & C SECURITY PATROL, INC., FRANK RUSSOW, HERMENEGILDO COUGH, MARCEL LOPEZ; GILBERT MARTINEZ and DOES 1-10, | Dept: 8<br>Before:    Hon. James Ware |
| Defendants. | Complaint Filed: March 19, 2008 |

-1-

DECLARATION OF FRANK RUSSOW

1

2  I, FRANK RUSSOW, declare as follows:

3  1.  I am an attorney licensed to practice law in the State of California and I am duly authorized to practice law before all of the courts in the State of California. I am the corporate counsel for C&C Security Patrol, Inc., (hereinafter "C&C Security") a named defendant in this action. I am familiar with all the facts contained in this declaration and if called upon as a witness, I could and would competently testify to the following facts based upon my own person knowledge, except where alleged on information and belief.

2.  On July 1, 2008, I contacted the California Secretary of State's Office to determine the reason for the suspension of C&C Security. I was informed that no current Statement of Information had been filed and that there was a tax issue with the California Franchise Tax Board. No additional information was provided to me.

3.  On July 2, 2008, I contacted a representative of the California Franchise Tax Board to request specific information as to the corporate suspension and was advised that certain documentation needed to be filed and taxes were owed. I was not provided any further information since I did not have a power of attorney on behalf of C&C Security.

4.  The following day, on July 3, 2008, I prepared a power of attorney and a Statement of Information and faxed the documents to my client for review. At the time, he was out of the country. Nevertheless, my client immediately approved both documents upon receipt and faxed said documents back to me. A true and correct copy of the power of attorney is attached hereto as

-2-

DECLARATION OF FRANK RUSSOW

Exhibit "A." A true and correct copy of the Statement of Information is attached hereto as Exhibit "B."

5. On July 24, 2008, I obtained signed originals of both documents from my client. On the same date, I mailed a letter to the Franchise Tax Board, enclosing a copy of the power of attorney, and requesting information as to the specific nature of the suspension. A copy of said letter is attached hereto as Exhibit "C." I also subsequently mailed the statement of information to the Secretary of State.

6. To date, I have received no response from the Franchise Tax Board. Since July 24, 2008, I have attempted to contact the Franchise Tax Board via telephone at least three occasions. However, I am either on interminable hold (over forty minutes) or my calls are dropped. Endeavors to contact the Franchise Tax Board are nevertheless ongoing.

7. Diligent efforts have been made by and on behalf of C&C Security to collect information and documents, including past tax returns, needed to revive its corporate status.

8. I spoke with the President of C&C Security on the morning of September 4, 2008 and was informed that he was going way to Sacramento to personally speak with the Secretary of State and the Franchise Tax Board to determine exactly what is necessary to revive the corporation.

I declare, under the penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Signed this 4th day of September, 2008 in Santa Clara, California.

*[signature]*
Frank Russow, Esq.

-3-

DECLARATION OF FRANK RUSSOW

# EXHIBIT A

# FRANK H. RUSSOW
### ATTORNEY AT LAW
1195 MAIN STREET
P.O. BOX 475
SANTA CLARA, CALIFORNIA 95050

FRANK H. RUSSOW

---

RICHARD W. HUNDLEY
(OF COUNSEL)

TELEPHONE (408) 985-7700
FACSIMILE (408) 985-7764
EMAIL: frankrussow@usa.net

July 24, 2008

Franchise Tax Board
P.O. Box 2828
Rancho Cordova, CA 95741-2828

Re: C&C Security Patrol, Inc.
  California Corp. No. C 1957670
  EIN 93-1200193

Dear Sirs:

This office represents the above corporation with respect to its current tax status with your agency. Enclosed is an executed Power of Attorney for tax years 1996 to date.

It is my understanding from the Secretary of State's office that this corporation is in suspension for failure to file tax returns. It would be appreciated if you would inform me of the exact nature of any deficiencies with regard to my client's tax status and the corrective action which needs to be taken to allow this corporation to be reinstated.

If you have any questions regarding this please feel free to call me at your convenience.

Very truly yours,

FRANK H. RUSSOW
Attorney at Law

FHR:dm
Enclosure
Cc: C&C Security Patrol, Inc.



STATE OF CALIFORNIA
FRANCHISE TAX BOARD
PO BOX 2828
RANCHO CORDOVA CA 95741-2828
FAX NUMBER: (916) 845-0523

# POWER OF ATTORNEY
## DECLARATION FOR THE FRANCHISE TAX BOARD

This Power of Attorney Declaration remains in effect until you resolve the matters specified on it, or until you revoke it.

We provide instructions for completing this form on pages 3 and 4. For more information about a power of attorney, visit www.ftb.ca.gov, then type **POA** in the *Search* field. Or see publication *Power of Attorney* (FTB 1144).

### 1. Taxpayer Information – Complete in full to avoid delays.

| Taxpayer's Name and Address – Personal or Business (If this is a joint power of attorney, include your spouse/RDP's¹ name and address) | Social Security #: | Business Entity Identification #: |
|---|---|---|
| C & C Security Patrol, Inc. | | CA Corp #: C 1957670 |
| 803 Decoto Road | | SOS #: |
| Union City, CA 94587    ☐ Check if new address | Daytime Telephone #: ( 510 ) 471 - 1540 | FEIN: 93-1200193 |
| Spouse/RDP's address, if different | | |

**Note:** You must complete and attach page 5 if this power of attorney applies to the combined reporting of multiple corporations.

### 2. The taxpayers listed above appoint the following representatives as attorneys-in-fact:

| Name and Address    Primary Representative | IRS CAF #:    PTIN: |
|---|---|
| Frank H. Russow, Attorney at Law | |
| 1195 Main Street | Telephone #: ( 408 ) 985 - 7700 |
| Santa Clara, CA 95050 | Fax #: ( 408 ) 985 - 7764 |
| | Check if new    ☐ Address    ☐ Telephone #: |
| Name and Address | IRS CAF #:    PTIN: |
| | |
| | Telephone # ( ) - |
| | Fax #: ( ) - |
| | Check if new    ☐ Address    ☐ Telephone #: |

**Note:** Attach a list of additional representatives if necessary.

### 3. Specific issues, tax years, or income periods
The representatives listed can represent you before us for the following:
**Tax Years (required):** 1996 to date
**Matters (optional):** _____

### 4. Authorization only for information
☐ Check this box if you only authorize your representative to receive your confidential tax information, but not to act as your attorney-in-fact.

### 5. Acts authorized
You authorize your representative as an attorney-in-fact to:
- Receive and inspect your confidential tax information.
- Perform any actions you might perform to resolve your issues with us – such as signing agreements, consents, or other documents.

The authority granted **does not include** the power to receive refund checks, the power to substitute another representative, or the power to sign certain tax returns – unless you specify otherwise in section 6.

---

¹ RDP refers to a registered domestic partner or partnership.

FTB 3520 c] (REV 11-2007) Page 1

6. List any specific additions or deletions to the acts authorized in this Power of Attorney Declaration.
   _____
   _____

7. **Notices and communications**
   We will send your primary representative copies of the notices that we send to you. To send them to another representative instead, indicate this on section 6 above.
   ☐ Check this box if you do not want us to send copies of these notices to your representative.

8. **Retaining or revoking a prior power of attorney**
   This Power of Attorney Declaration **automatically revokes all prior Power of Attorney Declarations for the same tax years or income periods** on file with us – unless you specify otherwise as detailed below. To expedite a revocation, refer to section 8, page 4.
   ☐ Check this box if you do not want to revoke a prior Power of Attorney Declaration. **You must attach a copy of each prior Power of Attorney Declaration that you want to remain in effect.**

9. **Signatures authorizing a power of attorney**
   If the tax matter concerns a joint return and you declare joint representation, **both spouses/RDPs must sign and date** this declaration.

   If you are a corporate officer, partner, guardian, tax matter representative, executor, receiver, administrator, or trustee on behalf of the taxpayers, you certify that you have the authority to execute this by signing the Power of Attorney Declaration on behalf of the taxpayers.
   ☐ Check this box if your signature denotes a fiduciary relationship.

   | Signature [signed] | Date 7-24-08 | Title (if applicable) President |
   |---|---|---|
   | Print Name Hermenegildo Couoh | | |

   | Signature | Date | Title (if applicable) |
   |---|---|---|
   | Print Name | | |

   | Signature | Date | Title (if applicable) |
   |---|---|---|
   | Print Name | | |

**Important Information**
- Power of Attorney Declarations do not need to be notarized.
- It is illegal to forge another person's signature.
- We will return this Power of Attorney Declaration to you if it is not signed and dated.
- Retain a copy of this Power of Attorney Declaration for your files.
- Mail or fax this declaration to the respective address or fax number listed on top of page 1 on this form.

FTB 3520 ci (REV 11-2007)  Page 2

# EXHIBIT B

 

**State of California
Secretary of State**

## STATEMENT OF INFORMATION
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

This Space For Filing Use Only

1. **CORPORATE NAME** (Please do not alter if name is preprinted.)
C & C Security Patrol, Inc.
No. C 1957670

**DUE DATE:**

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| # | Field | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 2. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 803 Decoto Road | Union City | CA | 94587 |
| 3. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | Same as above | | CA | |
| 4. | MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | | | |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| # | Title | Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|---|
| 5. | CHIEF EXECUTIVE OFFICER/President | Hermonegildo Couoh | 803 Decoto Road | Union City | CA | 94587 |
| 6. | SECRETARY/Vice-President | Marcel Lopez | 803 Decoto Road | Union City | CA | 94587 |
| 7. | CHIEF FINANCIAL OFFICER/ | Hermenegildo Couoh | 803 Decoto Road | Union City | CA | 94587 |

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corp. must have at least one director. Attach additional pages, if necessary.)

| # | Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 8. | Hermonegildo Couoh | 803 Decoto Road | Union City | CA | 94587 |
| 9. | | | | | |
| 10. | | | | | |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS
Hermonegildo Couoh

13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL — CITY — STATE — ZIP CODE
803 Decoto Road — Union City — CA — 94587

**TYPE OF BUSINESS**

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
Security Services

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

7-24-08    Hermenegildo Couoh    President
DATE    TYPE/PRINT NAME OF PERSON COMPLETING FORM    TITLE    SIGNATURE

SI-200 C (REV 01/2008)    APPROVED BY SECRETARY OF STATE

Mark A. Hagopian, Esq., SBN 124819
mhagopian@mmker.com
Sejal Ojha, Esq., SBN 226778
sxo@mmker.com
**MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP**
One California Street, Suite 1100
San Francisco, CA 94111
Telephone:   (415) 217-6990
Facsimile:   (415) 217-6999

Attorneys for Defendants
C & C SECURITY PATROL, INC., FRANK RUSSOW,
HERMENEGILDO COUGH (sued as "HERMENEGILDO COUGH"),
MARCEL LOPEZ (sued as "MARCEL LOEPZ"), and GILBERT MARTINEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO ESPINOZA and SERGIO ROQUE, individually and on behalf of others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>C & C SECURITY PATROL, INC., FRANK RUSSOW, HERMENEGILDO COUGH, MARCEL LOPEZ; GILBERT MARTINEZ and DOES 1-10,<br><br>Defendants. | Case No.: C08 01522 JW<br><br>[PROPOSED] ORDER GRANTING DEFENDANT C&C SECURITY PATROL, INC.'S MOTION FOR LEAVE TO FILE ANSWER<br><br>Courtroom:   8<br>Before:   Hon. James Ware<br><br>Complaint Filed: March 19, 2008 |

The motion of Defendant C&C Security Patrol, Inc. for Order Granting Motion for Leave to file Answer.

After full consideration of the matter, including the evidence and points and authorities submitted by the parties, and the oral argument of counsel, it appears and the Court finds that Defendant has shown by admissible evidence and reasonable inferences that there is good and sufficient cause to grant Defendant C&C Security Patrol, Inc.'s Motion for Order Granting Motion for Leave to file Answer.

1      IT IS THEREFORE ORDERED that leave to file Answer the proceedings in the afore-
2  captioned matter is continued until _____ or until such time that Defendant
3  C&C Security Patrol, Inc. has revived its corporate status, whichever may occur earlier.
4      IT IS SO ORDERED.

6  DATED: September ____, 2008

                                      _____
                                      Hon. James Ware
                                      Judge of the United States District Court, Northern
                                      District of California

E:\docsdata\mzh\Espinoza v. CCSPI\Pleadings\MtnContinue\Prop.Order.MtnContinue.wpd