*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO ESPINOZA, and SERGIO ROQUE,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>C & C SECURITY PATROL, INC., HERMENEGILDO COUGH, MARCEL LOEPZ, GILBERT MARTINEZ, and DOES 1-10<br><br>　　　　　Defendants | Case No. C08-1522 JW<br><br>**STIPULATION FOR LEAVE TO FILE THE SECOND AMENDED COMPLAINT & [PROPOSED] ORDER** |

The Court finds good cause to GRANT the parties' Stipulation for Leave for Plaintiffs to file a Second Amended Complaint. On or before **October 19, 2009**, Plaintiffs shall file their Second Amended Complaint as a *separate* docket item number.

Dated: October 15, 2009

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　United States District Judge