**United States District Court**
For the Northern District of California

1

2                                          ***E-FILED 11-19-2009***

3

4

5

6

7                              NOT FOR CITATION

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11   LEONARDO ESPINOZA and SERGIO              No. C08-01522 JW (HRL)
     ROQUE,
12                                             **ORDER RE DEFENDANTS' MOTION**
                  Plaintiffs,                  **FOR HEARING RE MOTION TO**
13        v.                                   **COMPEL PLAINTIFFS' DEPOSITIONS**

14   C&C SECURITY PATROL, INC.
     HERMENEGILDO COUGH, MARCEL
15   LOPEZ, GILBERT MARTINEZ,

16                  Defendants.
                                          /
17

18        Defendants seek leave to file a belated motion to compel plaintiffs' depositions (Docket

19   No. 63).  Having considered the request, this court orders as follows:

20        1.    This court will accept defendants' belated November 3, 2009 motion to compel.

21        2.    **No later than December 1, 2009**, plaintiffs shall file their opposition to the

22   discovery relief sought by defendants.

23        3.    Defendants' reply shall be filed no later than **December 8, 2009**.

24        4.    Unless otherwise ordered, this court will deem the matter submitted on the

25   papers without oral argument.

26        SO ORDERED.

27   Dated:   November 19, 2009

28
                                          _____
                                          HOWARD R. LLOYD
                                          UNITED STATES MAGISTRATE JUDGE

5:08-cv-01522-JW Notice has been electronically mailed to:

Adam Wang adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com

Mark A. Hagopian mhagopian@mmker.com

Sejal Thakkar sxt@mmker.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28