**\*E-FILED 12-01-2009\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEONARDO ESPINOZA and SERGIO ROQUE,<br><br>    Plaintiffs,<br> v.<br><br>C&C SECURITY PATROL, INC. HERMENEGILDO COUGH, MARCEL LOPEZ, GILBERT MARTINEZ,<br><br>    Defendants.<br>_____ / | No. C08-01522 JW (HRL)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS**<br><br>**[Docket No. 58]** |

  Plaintiffs move for an order compelling defendants to produce the "Person Most Knowledgeable" to testify about matters described in two separate deposition notices. Defendants oppose the motion. The matter is deemed suitable for determination without oral argument, and the December 8, 2009 hearing is vacated. See Civ. L.R. 7-1(b). This court sees no need to belabor the arguments presented. Defendants have never refused to produce deponents. Boiled to its essence, the instant discovery dispute arises from a disagreement whether the depositions in question should have proceeded on October 21 and 22, 2009, or whether both depositions should have occurred on October 22, 2009. Had reason prevailed, both depositions might well have been completed by now. Nevertheless, since the parties have not managed to reach any agreement, plaintiffs' motion is granted as follows:

  Both depositions shall be completed within thirty days from the date of this order on

1  mutually agreeable date(s).

2  Defendants request for reimbursement of their costs and attorney's fees incurred in
3  opposing the instant motion is denied.

4  SO ORDERED.

5  Dated:   November 30, 2009

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

2

1  5:08-cv-01522-JW Notice has been electronically mailed to:

2  Adam Wang adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com

3  Mark A. Hagopian mhagopian@mmker.com

4  Sejal Thakkar sxt@mmker.com

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.