ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Telephone:   (408) 292-1040
Facsimile:   (408) 416-0248

Attorneys for Plaintiffs

Mark A. Hagopian, Esq., SBN 124819, mhagopian@mmker.com
Sejal Thakkar, Esq., SBN 226778, sxt@mmker.com
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
One California Street, Suite 1100
San Francisco, CA 94111
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendants

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
1/22/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEONARDO ESPINOZA, and SERGIO ROQUE, ,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>C & C SECURITY PATROL, INC., HERMENEGILDO COUGH, MARCEL LOEPZ, GILBERT MARTINEZ, and DOES 1-10<br><br>　　　　Defendants | Case No. C08-01522 JW<br><br>STIPULATION FOR ONE WEEK EXTENSION TO FILE JOINT PRE0TRIAL CONFERENCE STATEMENT, PROPOSED JURY INSTRUCTIONS AND MOTIONS IN LIMINE & [PROPOSED] ORDER<br><br>Judge:　　Honorable James Ware<br>Trial Date:　March 10, 2010<br>Pre-Trial Conference:　February 22, 2010 |

The Parties submit the following stipulation seeking an extension to file Joint Pre-Trial Conference Statement, Proposed Jury Instructions, and Motions in Limine due to the special circumstances described below:

　　1.　The final pre-trial conference in this case is set on February 22, 2010.

　　2.　There are two Plaintiffs in this case.  Plaintiff Leonardo Espinoza is currently incarnated in Oregon.  Plaintiff Sergio Rogue is scheduled for a sentencing hearing for a felony charge on February 22, 2010 and it is yet unclear whether jail time will be imposed.

3. Given the circumstances, parties are making the last efforts to resolve this matter by way of settlement.

4. Because of the incarceration of Plaintiff Espinoza, it is difficult to communicate settlement offers and obtain settlement authorities from Mr. Espinoza.

5. Parties wish to have more time to work out a settlement before spending substantial amount of time in preparing for the pre-trial filings that are due on January 22, 2010.

6. As such, parties agree and stipulate to seek one week extension to file Joint Pre-Trial Conference Statement, proposed jury instructions, and motions in limine until January 29, 2010, and all other dates remain unchanged.

Respectfully submitted,

Dated: January 21, 2010

By: /s/ Adam Wang
Adam Wang
Attorney for Plaintiffs

Dated: January 21, 2010

By: /s/ Sejal Thakkar
Sejal Thakkar
Attorney for Defendants

[PROPOSED] ORDER

Pursuant to parties stipulation, good cause shown, IT IS HEREBY ORDERED that parties shall file their Joint Pre-trial Conference Statement, proposed jury instructions, and motions in limine no later than January 29, 2010. All other dates set in this case remain unchanged.

IT IS SO ORDERED. The Court will not entertain further requests for extension.

Dated: January 22, 2010

By: JAMES WARE
US DISTRICT JUDGE

Espinoza, et. al. v. C&C Security Patrol., et al.
STIPULATION FOR EXTENSION

Page 2