1  ADAM WANG, State Bar No. 201233
   LAW OFFICES OF ADAM WANG
2  12 South First Street, Suite 708
   San Jose, California  95113
3  Tel: (408) 421-3403
   Fax: (408) 416-0248
4  adamqwang@gmail.com

5  **Attorneys for Plaintiffs**

6  Mark A. Hagopian, Esq., SBN 124819, mhagopian@mmker.com
   Sejal Thakkar, Esq., SBN 226778, sxt@mmker.com
7  MANNING & MARDER
   KASS, ELLROD, RAMIREZ LLP
8  One California Street, Suite 1100
   San Francisco, CA 94111
9  Telephone: (415) 217-6990
   Facsimile: (415) 217-6999

10
   **Attorneys for Defendants**
11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                              **SAN JOSE DIVISION**

15

16  LEONARDO ESPINOZA, and           Case No.  C 08-1522 JW
    SERGIO ROQUE,
17                                   **STIPULATION TO FILE PARTIES'
         Plaintiffs,                 STIPULATED  REQUEST FOR COURT
18       vs.                         APPROVAL OF SETTLEMENT OF
                                     PLAINTIFFS' CLAIMS UNDER THE
19  C & C SECURITY PATROL, INC.,     CALIFORNIA LABOR CODE PRIVATE
    HERMENEGILDO COUGH,              ATTORNEY GENERAL'S ACT  UNDER
20  MARCEL LOEPZ, GILBERT            SEAL**
    MARTINEZ, and DOES 1-10
21
                                     [PROPOSED] ORDER
22       Defendants

1 | Plaintiffs Leonardo Espinoza and Sergio Roque, ("Plaintiffs") and Defendants C & C
2 | SECURITY PATROL, INC., HERMENEGILDO COUGH, MARCEL LOEPZ, GILBERT
3 | MARTINEZ ("Defendants") (Plaintiffs and Defendants are referred to collectively as the
4 | "Parties"), by and through their respective counsel, jointly request that the Court grant approval of
5 | their request to file their Stipulated Request for Court Approval of Settlement Of Plaintiffs'
6 | Claims Under the California Labor Code Private Attorney General's Act under seal.

7 |     1. Plaintiffs field the Complaint in this case on March 19, 2008, alleging among other
8 | things, unpaid overtime under both California Labor Code and Fair Labor Standards Act
9 | ("FLSA") .

10 |     2. Shortly after the Compliant was filed in this case, Defendant C&C Security Patrol
11 | Inc. entered into a settlement agreement with United States Department of Labor ("DOL") for its
12 | alleged overtime violations under FLSA.  Pursuant to that agreement, Plaintiff Rogue and Plaintiff
13 | Espinoza were paid or promised to be paid $ 27,892.58 and $ 11,502.94, respectively.

14 |     3. Despite the settlement with US DOL, parties continued to litigate this case, reached
15 | a compromise at the eve of final pre-trial conference.

16 |     4. A portion of the settlement requires court approval under the statute based which
17 | some of the claims are alleged.  As such, parties will submit a stipulated request for court's
18 | approval of their proposed settlement.

19 |     5. Given the sensitive nature of the settlement, and given the fact that the
20 | confidentiality is the crucial inducement for Defendants to enter into the compromised settlement,
21 | Parties hereby jointly request the Court to order that their Stipulated Request for Court Approval
22 | of Settlement Of Plaintiffs' Claims Under the California Labor Code Private Attorney General's
23 | Act be sealed.

STIPULATION TO FILE UNDER SEAL            Case No. C 08 03814 JW

| | |
|---|---|
| Dated: March 26, 2010 | By /s/ Adam Wang<br>ADAM WANG<br>Attorneys for Plaintiffs |
| Dated: March 26, 2010 | By: /s/ Sejal Thakkar<br>Sejal Thakkar<br>Attorney for Defendants |

**ORDER**

IT IS HEREBY ORDERED, based upon good cause appearing, that the Stipulated Request for Court Approval of Settlement of Claims under California Labor Code Private Attorney General's Act be filed under seal.

IT IS SO ORDERED.

Dated: March 31, 2010

_____
HON. JAMES WARE
United States District Court Judge

STIPULATION TO FILE UNDER SEAL           Case No. C 08 03814 JW